**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

DUMONT TYRONE BUSH,

    *Plaintiff*,

    v.

LT. COMMANDER KARNISH, *et al*.,

    *Defendants*.

CIVIL ACTION
NO. 5:24-CV-06337-JLS

**O R D E R**

    **AND NOW**, this 1st day of June, 2026, upon consideration of the Lehigh County District Attorney's Office's Motion to Quash Subpoena, ECF No. 41, Plaintiff's response thereto, ECF No. 45, and for the reasons set forth in the accompanying Memorandum, it is hereby

**ORDERED** as follows:

    (1)    the Motion to Quash, ECF No. 41, is **DENIED**;

    (2)    the Motion to Compel, ECF No. 45, is **GRANTED**;

    (3)    the Lehigh County District Attorney's Office shall produce, to the extent in its possession, custody, or control, the materials responsive to Plaintiff's subpoena;

    (4)    before production, the District Attorney's Office shall confer with Defendants' counsel to determine whether any responsive materials have already been provided to Plaintiff; and

    (5)    to the extent such responsive materials have already been provided, the District Attorney's Office need not reproduce them, but shall identify that basis for non-production in its response to the subpoena.

        **BY THE COURT:**

        */s/ Jeffery L. Schmehl*
        **JEFFERY L. SCHMEHL, J.**